**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DEBRA ROOP,**

          **Plaintiff,**

**-vs-**                                                                                  **Case No. 6:07-cv-1087-Orl-22KRS**

**GLENN C. CARTER; G&C REPAIR**
**CENTER, INC.; and G&C SALES AND**
**SERVICE OF MELBOURNE, INC.,**

          **Defendants.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Revised Settlement Agreement (Doc. No. 24) filed on October 25, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection to Report & Recommendation (Doc. No. 28), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed October 30, 2007 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

     2.      The Joint Motion for Approval of Revised Settlement Agreement (Doc. No. 24) is GRANTED.  The Settlement Agreement is hereby APPROVED.

     3.      This case is DISMISSED WITH PREJUDICE.

     4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 1, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge